UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) NO. 2:21-cr-00058-RSM |
| v. | ) ORDER ON STATUS REPORTS |
| | ) BY THE COORDINATING |
| EUGENE McGEE, | ) DISCOVERY ATTORNEY |
| Defendant. | ) |
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) NO. 2:21-cr-00107-RSM |
| v. | ) |
| JORGE AGUILAR DURAN, | ) |
| Defendant. | ) |
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) NO. 2:21-cr-00108-RSM |
| v. | ) |
| CRESENCIO MORENO AGUIRRE, and ELYAS MOHAMED KEROW, | ) |
| Defendants. | ) |
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) NO. 3:21-cr-05213-RSM |
| v. | ) |
| KENDEL RASHAN HAWKINS, | ) |
| Defendant. | ) |

ORDER ON STATUS REPORTS BY THE COORDINATING DISCOVERY ATTORNEY - 1

The Court appointed Russell M. Aoki of Aoki Law PLLC as the Coordinating Discovery Attorney (CDA) for the above-captioned matters. As part of those orders, the Court directed the CDA to provide monthly status reports:

> The Coordinating Discovery Attorney shall also provide this Court with monthly *ex parte* status reports depicting the status of work and whether that work remains within the budget of any funds authorized by the Court, with the copy provided to defense counsel.

*U.S. v. McGee et al.*, 2:21-cr-00058-RSM, Document #57, April 30, 2021; *U.S. v. Arambula*, 2:21-cr-00107-RSM, Docket Entry dated July 26, 2021; *U.S. v. Moreno Aguirre*, 2:21-cr-00108-RSM, Docket Entry dated July 26, 2021; *U.S. v. Hawkins*, 3:21-cr-05213-RSM, Docket Entry dated November 7, 2022.

With only sentencing hearings left, the Government has stopped producing discovery. There are no expenses for the CDA to monitor because Invendica is not charging for e-discovery review database service. Accordingly, the Court modifies its previous orders:

- The CDA is relieved of the duty of filing further monthly *ex parte* status reports.
- However, the CDA shall file a status report if the Government produces additional discovery.

///

///

///

**SO ORDERED.**

DATED this 4th day of September, 2024.

                                             _____
                                             RICARDO S. MARTINEZ
                                             UNITED STATES DISTRICT JUDGE